ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 11:02 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15–25–00086–CV**

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 11:02:17 PM
CHRISTOPHER A. PRINE
Clerk

2020 LONG TAIL TRAIL INVESTMENTS, LLC, ET AL.,

*Appellant,*

*v.*

STATE OF TEXAS, ET AL,

*Appellees.*

**Appellant 2020 Long Tail Trail Investments LLC's
Rule 42(a) Unopposed Motion to Voluntarily Dismiss**

Intervenor-Defendant Appellant 2020 Long Tail Trail Investments, LLC ("Long Tail") moves to voluntarily dismiss its appeal in this matter.

Long Tail was in a dispute with the City of Denton related to SB 2038 and the release of its property and proposed development from the City of Denton's extraterritorial jurisdiction, and so brought suit against the City of Denton in Denton County, Texas. Long Tail and the City of Denton then entered into a Rule 11 Agreement allowing Long Tail to intervene in this matter in Travis County. Long Tail accordingly intervened below, but the district court struck Long Tail's intervention, and Long Tail appealed that judgment. Since filing its opening brief in this appeal, Long Tail and the City of Denton reached a Settlement Agreement and Mutual Release related to their underlying dispute. Accordingly, Long Tail filed a Notice of Nonsuit

Without Prejudice in the Travis County district court and now files this motion to dismiss its appeal. *See* Ex. 1.

This motion for voluntary dismissal applies only to Long Tail's appeal, which appealed the district court's order striking Long Tail's intervention and denying Long Tail's motion for summary judgment as moot. It does not prevent any other party from seeking relief to which it would otherwise be entitled. Tex. R. App. P. 42.1(a)(1).

Dated: December 8, 2025

Respectfully submitted.

/s/ *Andrew B. Davis*
Andrew B. Davis
Texas Bar No. 24082898
andrew@lkcfirm.com
William T. Thompson
Texas Bar No. 24088531
will@lkcfirm.com
Todd Disher
Texas Bar No. 24081854
todd@lkcfirm.com
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735

*Counsel for Intervenor-Defendant Appellant 2020 Long Tail Trail Investments, LLC*

## CERTIFICATE OF CONFERENCE

On December 5, 2025, I emailed Lynn Saarian, counsel for Appellees, Brad Bullock, counsel for the Appellant Cities, and David Overcash, counsel for Intervenor Cities Bonham and Anna. Each stated they are unopposed to the requested relief.

/s/ *Andrew B. Davis*

Andrew B. Davis


## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the eFileTexas.gov electronic filing system, which will send notification of such filing to the email addresses denoted on Service Contacts List.

/s/ *Andrew B. Davis*

Andrew B. Davis

# EXHIBIT 1

11/21/2025 1:05 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007785
Jonathan Sanders

**Cause No. D-1-GN-23-007785**

| | |
|---|---|
| City of Grand Prairie, *et al.*,<br> *Plaintiffs*,<br><br>and<br><br>City of Brownsville, *et al.*,<br> *Intervenor-Plaintiffs*<br><br>v.<br><br>The State of Texas, *et al.*,<br> *Defendants*,<br><br>and<br><br>2020 Long Tail Trail Investments, LLC,<br> *Intervenor-Defendant*. | In the District Court<br><br><br>Travis County, Texas<br><br><br>261st Judicial District |

## INTERVENOR 2020 LONG TAIL TRAIL INVESTMENTS, LLC'S NOTICE OF NONSUIT WITHOUT PREJUDICE

Intervenor 2020 Long Tail Trail Investments, LLC ("Long Tail") files this Notice of Nonsuit Without Prejudice and voluntarily dismisses its claims pursuant to the Settlement Agreement and Mutual Release attached as Exhibit A. Long Tail requests that the Clerk enter this nonsuit in the minutes and that the Court enter the attached order. Each party will bear its own costs and fees.

Dated: November 21, 2025,　　　　Respectfully submitted,

*/s/ Todd Disher*
Todd Disher
Texas Bar No. 24081854
todd@lkcfirm.com
William T. Thompson
Texas Bar No. 24088531
will@lkcfirm.com
Joshua P. Morrow
Texas Bar No. 24106345
josh@lkcfirm.com
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735

*Counsel for Intervenor 2020 Long Tail Trail Investments, LLC*

**Certificate of Service**

I certify that I filed a copy of this Notice of Nonsuit Without Prejudice using the Court's electronic filing system on November 21, 2025, which will send notice via electronic service to all counsel of record.

*/s/ Todd Disher*
Todd Disher

# EXHIBIT A

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release (the "Agreement") entered into, by and between 2020 Long Tail Trail, LLC ("Long Tail") and the City of Denton, (the "City") (hereinafter the City and Long Tail shall be referred to collectively as the "Parties," and each a Party).

**WHEREAS,** disputes arose between the City and Long Tail related to SB 2038 and the release of its property and proposed development (the "Development") located on Old Alton Road from the City's Extraterritorial Jurisdiction ("ETJ") 1 and also brought suit against the City in Cause Number 24-0075-431 in the 431st Judicial District Court of Denton County, Texas.

**WHEREAS,** the Lawsuit in Cause Number 24-0075-431 has remained largely inactive since the Parties filed a joint motion to stay on April 2, 2024, with the Parties' Rule 11 Agreement (Exhibit A).

**WHEREAS,** the Rule 11 Agreement between the Parties allowed for Long Tail to intervene in Cause Number D-1GN-23-007785 in the 261st Judicial District Court of Travis County, asserting limited arguments and participating in appellate proceedings.

**WHEREAS,** in exchange for the City's preliminary conditional approval of Long Tail's proposed engineering and development plans, which consist of the plat and engineering plans attached to this Agreement as Exhibit B ("Development Plan"), Long Tail agrees:

1. to its Development not being released and remaining within the City's ETJ;
2. to not file, petition, or seek further removal of its Development from the City's ETJ;
3. to immediately non-suit on the day this agreement is approved by the Denton City Council in Cause Numbers 24-0075-431 in the 431st Judicial District Court of Denton County, Texas, and D-1GN-23-007785 in the 261st Judicial District Court of Travis County, which shall include the withdrawal of any and all appellate briefing and requests for relief;
4. to assume all costs and burdens incurred by the City and reimburse the City for any time used in negotiating or acquiring any easement(s) on its behalf;
5. to assume all costs and burdens relating to environmental hazards, dangers, impediments, improvements, and studies for its Development Plan;
6. to assume all costs and burdens relating to the construction, implementation, and approval of its Development Plan;

7. to no longer utilize any existing aerial crossings and not to utilize new water or wastewater aerial crossings as discouraged by United States Army Corps of Engineers ;
8. to acquire right-of-way permit(s) from the City as needed;
9. that all improvements, regardless of their designation as public or private, (1) must meet City standards, (2) are subject to City review and inspection, and (3) acceptance of improvements are subject to City's reasonable discretion; and
10. to adhere, avail, and follow the City's Development Process, as applicable to developments within the City's extraterritorial jurisdiction, which includes but is not limited to plat, wastewater, and certain infrastructure improvements as set forth in the Denton Development Code.

**WHEREAS**, in exchange for Long Tail remaining within the City's ETJ and non-suit in Cause Numbers 24-0075-431 in the 431st Judicial District Court of Denton County, Texas, and D-1GN-23-007785 in the 261st Judicial District Court of Travis County, which shall include the withdrawal of any and all appellate briefing and requests for relief, the City agrees as follows:

1. subject to the terms herein, and Long Tail adhering, availing, and following the City's Development Process, Long Tail's proposed Development Plan is preliminarily and conditionally approved; and

2. subject to forces outside of the City's control including but not limited to material changes in law, another entities' refusal or rejection of Long Tail's Development Plan or requests for easement in part or whole, and material unilateral changes to Long Tail's Development Plan, the City will not unreasonably withhold Final Approval ("Final Approval" shall mean the recordation of the Final Plat for the Development that complies with state law and the Denton Development Code, as approved by the City's Planning and Zoning Commission, in the plat records of Denton County) of Long Tail's proposed Development Plan at the conclusion of the Development Process.

**WHEREAS**, the Parties mutually agree to act reasonably and cooperate in the approval process.

**WHEREAS**, upon the City's Final Approval of the Development Plans, the Parties mutually agree to release all claims related in any way to the release of Long Tail's Property pursuant to SB 2038, or that were or could have been asserted in the Lawsuit.

**WHEREAS**, the Parties have agreed to resolve their disputes and to memorialize their respective rights and obligations as set forth in this Agreement.

**NOW, THEREFORE**, in consideration of the mutual promises and covenants contained herein, which constitute good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties further agree as follows:

1. **Incorporation.** The premises and recitations stated above are incorporated by reference in their entirety as if fully set forth herein.

2. **Releases.**

   2.1 <u>City Release.</u> Once Final Approval occurs, and without taking further action under this agreement after its execution, the City, on behalf of itself and all departments, assigns, affiliates, related entities, predecessors, successors, employees, officers, directors, members, managers, representatives, trustees, receivers, attorneys, agents, and any other persons or entities acting on behalf of it or with its authority (the "City Releasing Entities"), hereby fully and forever releases and discharges Long Tail and any and all of their respective parents, shareholders, subsidiaries, licensees, partners, assigns, affiliates, related entities, predecessors, successors, employees, officers, directors, members, managers, representatives, trustees, receivers, attorneys, and agents, (collectively, the "City Released Entities") from any and all claims, demands, liabilities, damages, losses, indebtedness, costs, attorneys' fees, expenses, injunctive relief, actions and causes of action, suits, proceedings, controversies, agreements and/or obligations of any nature whatsoever that the City Releasing Entities may have held, or now hold, whether known or unknown, against the City Released Entities arising out of any acts, events, incidents, occurrences, omissions or transactions related in any way to the release of Long Tail's Property pursuant to SB 2038, or that were or could have been asserted in the Lawsuit.

   2.2 <u>Long Tail Release.</u> Once Final Approval occurs, and without taking further action under this agreement after its execution, 2020 Long Tail Trail, LLC, on behalf of themselves and all of their respective parents, shareholders, subsidiaries, licensees, partners, assigns, affiliates, related entities, predecessors, successors, employees, officers, directors, members, managers, representatives, trustees, receivers, attorneys, agents, and any other persons or entities acting on behalf of any of them or with their authority (the "Long Tail Releasing Entities"), hereby fully and forever release and discharge the City, and all of its departments, assigns, affiliates, related entities, predecessors, successors, employees, officers, directors, members, managers, representatives, trustees, receivers, attorneys, and agents (collectively, the "Long Tail Released Entities") from any and all claims, demands, liabilities,

damages, losses, indebtedness, costs, attorneys' fees, expenses, injunctive relief, actions and causes of action, suits, proceedings, controversies, agreements and/or obligations of any nature whatsoever that the Long Tail Releasing Entities may have held, or now hold, whether known or unknown, against the Long Tail Released Entities arising out of any acts, events, incidents, occurrences, omissions or transactions related in any way to the release of its Property pursuant to SB 2038, or that were or could have been asserted in the Lawsuit.

3. **Entire Agreement.** This Agreement constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior agreements, understanding, expectations, and discussions of the Parties, whether oral or written, and there are no representations or other agreements between the Parties in connection with the subject matter hereof except as specifically set forth in this Agreement. No amendment, modification, waiver, or termination of this Agreement shall be binding unless executed in writing and signed by each and every Party to this Agreement.

4. **Governing Law and Venue.** This Agreement will be governed by and construed in accordance with the substantive laws of the State of Texas without regard to conflict of laws and all disputes arising under or relating to this letter agreement shall be brought and resolved solely and exclusively in a state or federal court of competent jurisdiction located in Denton County, Texas.

5. **Authorization.** Each person signing below is an official or representative of the Authority and the Authority warrants that he or she is duly authorized to act for his or her principal as indicated below and that he or she is acting when signing.

6. **Attorneys and Experts' Fees to Date.** The Parties shall bear their own costs, expenses, and attorneys and experts' fees incurred in or arising out of or in any way related to the matters released herein.

7. **Severability.** If any provision of this Agreement is determined to be invalid or unenforceable, in whole or part, this determination will not affect any other provision of this Agreement and the provision in question shall be modified by the court so as to be rendered enforceable.

8. **Drafting of Agreement.** For purposes of construction, this Agreement shall not be deemed to be drafted by any Party, and any ambiguity shall not be construed against any Party.

9. **Counterparts**. This Agreement may be executed in counterparts, each of which shall be deemed an original, all of which together shall constitute one and the same instrument.

[Remainder of Page Intentionally Left Blank]

WHEREOF, the Parties have signed this Agreement, which is effective as of the date of the last signature required below.

2020 LONG TAIL TRAIL 2020, LLC

SIGNATURE:

_____ Date of Signature: 11-6-2025

AUTHORIZED REPRESENTATIVE OF
2020 LONG TAIL TRAIL 2020, LLC

    BEFORE ME, the undersigned authority, on this day personally appeared _____, who is known to me to be the person whose name is subscribed to the foregoing instrument, who is personally known by me or by providing ___driver license___ as qualifying identification.

    GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS _6th_ DAY OF _November_, 2025.

_____
Notary Public – State of Texas

APPROVED AS TO LEGAL FORM:

_____
COUNSEL

NICKELLE BENSON
My Notary ID # 128109768
Expires November 18, 2025

CITY OF DENTON, TEXAS

SIGNATURE:

_____

On behalf of the City of Denton, Texas
Per delegated authority

Date of Signature: 11|12|25

BEFORE ME, the undersigned authority, on this day personally appeared Sara Hensley, known to me to be the person whose name is subscribed to the foregoing instrument, who is personally known to me or by providing _____ as qualifying identification.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS _12th_ DAY OF __November__, 2025.

CLARICE MARIE HOUSDEN
My Notary ID # 132065325
Expires June 25, 2027

_____

Notary Public – State of Texas

APPROVED AS TO LEGAL FORM
MACK REINWAND. CITY ATTORNEY

BY: _Devin Q. Alexander_

DEVIN Q. ALEXANDER

# EXHIBIT A

## Cause No. 24-0075-431

| | |
|---|---|
| 2020 Long Tail Trail Investments, LLC, | In the District Court |
| *Plaintiff,* | |
| | Denton County, Texas |
| v. | |
| The City of Denton, Texas; Mayor Gerard Hudspeth, in his official capacity as Mayor of Denton; Vicki Byrd, in her official capacity as Denton City Council Member; Brian Beck, in his official capacity as Denton City Council Member; Paul Meltzer, in his official capacity as Denton City Council Member; Joe Holland, in his official capacity as Denton City Council Member; Brandon Chase McGee, in his official capacity as Denton City Council Member; Chris Watts, in his official capacity as Denton City Council Member; Sara Hensley, in her official capacity as Denton City Manager, | In the 431 Judicial District |
| *Defendants.* | |

## Joint Motion to Stay Proceedings

1

Plaintiff and Defendants file this Joint Motion to Stay Proceedings pursuant to the Rule 11 Agreement between the parties, which is incorporated into this Motion and attached as Exhibit A. This case revolves, in part, on the constitutionality, validity, and applicability of Senate Bill 2038 ("SB 2038"). One of the Defendants in this matter—the City of Denton—is a plaintiff in a separate case pending in Travis County District Court (Cause No. D-1-GN-23-007785) that may resolve the constitutionality, applicability, and validity of SB 2038 (the "Travis County Case"). In order to avoid duplicative litigation over the constitutionality, validity, and applicability of SB 2038, the parties here have agreed to stay proceedings in this case, which will be lifted based on the terms of the parties' agreement. Pursuant to their agreement, Defendants hereby withdraw their pending motions to dismiss, and Plaintiff will intervene in the Travis County Case.

## PRAYER

Plaintiff and Defendants respectfully request that the Court enter the attached proposed order, staying this case and dismissing Defendants' motions to dismiss as moot, pursuant to the parties' attached agreement.

2

Dated: April 5, 2024

Respectfully submitted,

/s/ Todd Disher
Todd Disher
Texas Bar No. 24081854
todd@lkcfirm.com
William T. Thompson
Texas Bar No. 24088531
will@lkcfirm.com
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
Tel. (512) 840-9370
Fax. (512) 727-4755

*Counsel for Plaintiff 2020 Long Tail Trail Investment, LLC*

3

/s/ Devin Q. Alexander
DEVIN Q. ALEXANDER
Denton City Attorney's Office
215 East McKinney
Denton, Texas 76201
(940) 349-8333
(940) 382-7923 Facsimile
For email contact and service
regarding this case, please include
email addresses for all listed
attorneys in the To: field, and
include amy.hoffee@cityofdenton.com in the Cc: field, until requested
otherwise.

Mack Reinwand
City Attorney
State Bar No. 24056195
Email: mack.reinwand@cityofdenton.com

Devin Alexander
Deputy City Attorney
State Bar No. 24104554
Email: devin.alexander@cityofdenton.com

ATTORNEYS FOR DEFENDANTS

4

# EXHIBIT A

**LEHOTSKY KELLER COHN LLP**
Todd Disher
408 W. 11th Street, 5th Floor
Austin, TX 78701

April 2, 2024

Devin Alexander
Deputy City Attorney City
of Denton
devin.alexander@cityofdenton.com
*via email*

  RE: Agreement Pursuant to Texas Rule of Civil Procedure 11

Devin:

Thank you for the continued dialogue with your office. As you know, we represent 2020 Long Tail Trail Investments, LLC. We filed a petition to release certain property owned by our client from the extraterritorial jurisdiction of the City of Denton pursuant to the procedure set by Senate Bill 2038, passed by the Texas Legislature in 2023 ("SB 2038").

My client has now sued the City of Denton and its city officials (collectively, "the City of Denton") seeking, among other things, a declaration that its property has been released from Denton's extraterritorial jurisdiction. That case is pending as Cause No. 24-0075-431 in the 431st Judicial District, Denton County, Texas (the "Denton County Case").

The City of Denton is also a plaintiff in a lawsuit challenging the constitutionality, validity, applicability, and/or severability of SB 2038. That case is pending as Cause No. D-1-GN-23-007785 in the 261st District Court, Travis County, Texas (the "Travis County Case").

Given the overlap of the issues between the two cases, we have agreed to stay Denton County Case pending the resolution of the Travis County Case. In return, the City of Denton agrees that it will not oppose or challenge my client's intervention into the Travis County Case. My client agrees that in the Travis County Case it (1) will only contest the constitutionality, validity, applicability, and/or severability of SB 2038, (2) will not assert a separate claim for declaratory judgment regarding Resolution No. 23-2356, (3) will not

seek a declaration or injunction regarding the validity of Resolution No. 23-2356, (4) will not assert any ultra vires claims, (5) will not seek any declaratory or injunctive relief as to any ultra vires claims, and (6) will not oppose the City of Denton's ability to use the alleged unconstitutionality, invalidity, inapplicability, and/or inseverability of SB 2038 to defend against the declaratory judgment my client will seek. The intent my client and the City of Denton in the Travis County Case is to get ruling on the merits of whether SB 2038 is constitutional, valid, applicable, and/or severable.

Should the Travis County Case result in a final resolution of that question (*i.e.*, a final, unappealable judgment or a precedential ruling from the Texas Supreme Court deciding the constitutionality, validity, applicability, and/or severability of SB 2038), the parties to the Denton County Case will agree that the final resolution is binding on them in the Denton County Case to the extent that the Legislature does not rescind or amend SB 2038 and any related laws in a material way that affect its application.

If the Travis County Case results in a final resolution that SB 2038 is constitutional, valid, and applicable, the City of Denton will agree to a declaratory judgment in the Denton County Case that my client's property has been released from the City's extraterritorial jurisdiction. If the Travis County Case results in a final resolution that SB 2038 is unconstitutional, invalid, or inapplicable, my client will dismiss its claims with prejudice in the Denton County Case. If SB 2038 is rescinded at any time after the Travis County Case reaches a final resolution on the constitutionality, validity, applicability, and/or severability of SB 2038, this agreement nor any agreed declaratory judgment shall prohibit the City's future ability to seek remedies provided by any new legislation.

During this stay, all deadlines in the Denton County Case are tolled. The defendants agree to withdraw their pending motions to dismiss, and we will not file a motion for summary judgment. The stay in the Denton County Case is lifted upon final resolution on the constitutionality, validity, applicability, and/or severability of SB 2038 in the Travis County Case. Should a party wish to lift the stay prior to that, then the stay can only be lifted by a mutual agreement of the parties or by court order granted for good cause. If the parties mutually agree to lift the stay prior to a final resolution on the validity of SB 2038, my client agrees that it will not assert in the trial court or on appeal that the Defendants' Rule 91a Motions to Dismiss are untimely or do not comply with the timeline set forth in the applicable statute.

Please return an executed copy of this letter back to me if you agree. As always, don't hesitate to reach out should you have any questions regarding the above.

Sincerely,

Todd Disher

Agreed:

Devin Alexander
Counsel for Defendants in the Denton County Case

# EXHIBIT B



## FINAL PLAT
## LOT 1, BLOCK A,
## MANSIONS OF DENTON ADDITION

AN ADDITION TO THE CITY OF DENTON, DENTON COUNTY, TEXAS
BEING 118.914 ACRES OF LAND LOCATED IN THE
ALEXANDER E. CANON SURVEY, ABSTRACT No. 232,
DENTON COUNTY, TEXAS

SHEET 1 OF 13

**ACREAGE CHART**

| | |
|---|---|
| GROSS AREA | 121.914 ACRES |
| SAVE AND ACCEPT: | 3.000 ACRES |
| NET TOTAL: | 118.914 ACRES |
| | |
| LOT 1, BLOCK A | 118.881 ACRES |
| ROW 1 | 0.030 ACRES |
| ROW 2 | 0.025 ACRES |
| ROW 3 | 0.028 ACRES |
| TOTAL: | 118.914 ACRES |

SCALE: 1"=200'

THE PURPOSE OF THIS PLAT IS TO CREATE ONE PLATTED LOT AND ASSOCIATED EASEMENTS.

CITY PROJECT No.FP23-____ 2023



ENGINEERS

TEXAS REGISTERED ENGINEERING FIRM F-784

# LIFT STATION REPORT
## Mansions at South Denton

**Prepared for:**
The City of Denton, Texas

**Prepared by:**
Greg C. Smith, P.E. 88645



**September 3, 2025**

## GENERAL NARRATIVE

The site is located on Old Alton Road in the City of Denton ETJ 1, with the southern portion of the property bordering Copper Canyon City Limits. The site is located south of Hickory creek, which prohibits the ability to convey wastewater via gravity sewer mains.

The development will consist of 1 lot serving 650 duplex units, clubhouse and maintenance building. The lot will be 118.914 acres of land located in the Alexander E. Cannon Survey, Abstract No. 232, Denton County, Texas.

The project scope includes a sanitary sewer lift station and approximately 3,600 linear feet of 8-inch force main. The lift station and a portion of the force main will be located on private property within an easement. Approximately 2,343 linear feet of the force main will extend within the County right-of-way along Old Alton Road, where it will connect to an existing City of Denton gravity sewer main on the north side of Hickory Creek.

The force main plans, prepared in accordance with City of Denton standards, are included with this submittal. Installation within the County's right-of-way is necessary because no other feasible routes are available to establish a connection to the City's sewer system.

# LIFT STATION DESIGN
# SEWER DEMAND
# CONTRIBUTION

## Population Calculations

|  | Units | Flow/Capita | Population | Acres |
|---|---|---|---|---|
| Mansions of South Denton | 650 | 2.5 | 1625 | 118 |
|  |  |  |  |  |
| Maintenance Staff | 1 | 2 | 2 |  |
| Office Staff | 1 | 3 | 3 |  |
| Total |  |  |  |  |

| Approximate Population | 2125 People |
|---|---|

## Design Criteria

| Gallons per person | 100 Gal/person/day |
|---|---|
| Development Size | 111.2 Acres |
| Inflow and Infiltration = | 500 Gal/ Acre*Day |

## Calculations

**Total Avg Dry Weather Flow (F) =**      212,500 Gal/day    or    147.57 gpm

where: F = 70 gal./person/day X population/1440

Peaking Factor (Mp = )

$$Mp = \frac{18 + (0.0206 * F)^{0.5}}{4 + (0.0206 * F)^{0.5}}$$

2.50 Unitless   Greater of the two.
3.44 Unitless
4.0 **Peaking Factor per City of Denton**

Min. Flow Factor (Mm = )      0.23 Unitless

$$Mm = 0.2 * (0.0144 * F)^{0.198}$$

**Minimum Dry Weather Flow -**      49,340.78 Gal/day    or    34.26 gpm

**Peak Dry Weather Flow -**      850,000 Gal/day      590.28 gpm

**I&I Contribution -**      55,600 Gals/Day    or    38.61 gpm

**Total Peak Wet Weather Flow -**      905,600 Gal/ Day    or    628.89 gpm

**630 gpm - Total pump flow**

**Lift Station Firm Capacity -**      0.906 MGD

**Selected Force Main Diameter -**      7.31 Inches      **8 HDPE DR 11**

**Force Main Velocity Check -**      4.82 Feet/ Sec      Meets Denton's criteria of
3-6 fps at ultimate development

### HDPE DR 11

| Pipe Size | I.D. |  |
|---|---|---|
| 4 | 3.876 | in. |
| 6 | 5.571 | in. |
| 8 | 7.305 | in. |
| 10 | 8.961 | in. |
| 12 | 10.656 | in. |

**Mansions South Denton**
**Lift Station Design**
**MBC Project Number 33915**

# LIFT STATION DESIGN
# WET WELL SIZING

## Lift Station Size Design Criteria

| | | | |
|---|---|---|---|
| Pump HP From Manufacture: | 25.0 | HP | |
| Cycle Time | 10 | Minutes | |
| Ground Elevation @ Proposed Wetwell: | 541.60 | Feet | |
| Water Elevation w/in Wetwell: | 518.30 | Feet | Pump Off should be 6-inch above pump casing |
| Elevation of Floor of Proposed Wetwell: | 516.80 | Feet | |
| Flow Line of Gravity Line | 527.85 | | High Alarm - 48" below top of wet well or 48" below |
| High Level Alarm | 527.80 | Feet | flowline lowest influent of collection system, which ever |
| Low Level Alarm | 518.25 | Feet | is lowest. |
| Minimum Vol Between Pump On/ Off | 1,572.22 | Gallons | 210.19 ft³ |
| Lead Pump On (Pump 1) = | 520.20 | | |
| Pump Off (Pump 1 off) = | 518.30 | Pump Off (Pump 2 off)= | 518.30 |
| Elev. Change = | 1.90 | ft | Pump On/Pump Of Distance | 214.88 cu.ft. |
| Wet Well Dia. = | 12.00 | ft | Area Wet Well = | 113.1 |
| Wet Well Usable Volume = | 215 | ft³ | 1,607.6 Gallons | Volume is Good |
| Retention Time(Min 20 Minutes) | 10.00 | minutes | (Longest outage period assume Peak flow) |
| Retention Storage Required= | 6,289 | Gallons | from last pump cycle. (Generator Required) |
| Retention Storage Provided = | 6,472 | Gallons | (Retention Storage + Minimum Vol between on/off ) |
| Second Pump On | 521.20 | ft | Full Storage Depth = | 7.65 | ft. |
| Total Storage | 8,079 | Gallons | 859.56 ft³ | Volume is Good |



# LIFT STATION DESIGN
# WET WELL SIZING

Lift Station Peak Flow (Pump) =  630.00  gpm

## Lift Station Detention Time Calculations

| | | | | |
|---|---|---|---|---|
| **MAX. WET WEATHER** | 905,600.00 | Gal/day | or | 628.89 gpm |
| Time to fill Wet Well ($t_f$= ) | 2.6 | Min | | |
| Time to empty Wet Well ($t_e$= ) | 1,446.8 | Min | | |
| **Total Detention Time ($T_d$= )** | **1,449.35** | **Min** | | |
| **MAX. DRY WEATHER** | 850,000.00 | Gal/day | or | 590.28 gpm |
| Time to fill Wet Well ($t_f$= ) | 2.723 | Min | | |
| Time to empty Wet Well ($t_e$= ) | 40.470 | Min | | |
| **Total Detention Time ($T_d$= )** | **43.19** | **Min** | | |
| **AVG. DRY WEATHER** | 212,500.00 | Gal/day | or | 147.57 gpm |
| Time to fill Wet Well ($t_f$= ) | 10.894 | Min | | |
| Time to empty Wet Well ($t_e$= ) | 3.332 | Min | | |
| **Total Detention Time ($T_d$= )** | **14.23** | **Min** | | |
| **MIN. DRY WEATHER** | 49,340.78 | Gal/day | or | 34.26 gpm |
| Time to fill Wet Well ($t_f$= ) | 46.916 | Min | | |
| Time to empty Wet Well ($t_e$= ) | 2.698 | Min | | |
| **Total Detention Time ($T_d$= )** | **49.61** | **Min** | | |

## Force Main Detention Time Calculations

| | | |
|---|---|---|
| Length of Force Main = | 3,497.00 | ft |
| Velocity in Force Main (Vfm) = | 4.82 | feet/sec |
| Volume of Wet Well = | 1,607.55 | gal |
| Pump Cycle Time (PCT) = | 43.57 | min |

$$Tflush = (tf + te) * \frac{FMlength}{(PCT/2)*Vfm*(60s/min)}$$

$T_{flush}$ = Time to flush Force Main -  7.89  min

**Total Detention Time**  57.50

# LIFT STATION DESIGN
# WET WELL SIZING

CITY OF AUSTIN CRITERIA

CITY OF ROUND ROCK CRITERIA

Figure: 30 TAC §217.60(b)(7)

Table C.5. - Minimum Pump Cycle Times

| Pump Horsepower | Minimum Cycle Times (minutes) |
|---|---|
| < 50 | 6 |
| 50-100 | 10 |
| > 100 | 15 |

Minimum 10 min. per City of Denton

Mansions South Denton
Lift Station Design
MBC Project Number 33915

# LIFT STATION DESIGN
## SYSTEM CURVE
## C100

### Hazen-Williams formula

| | Field | |
|---|---|---|
| Discharge Pipe Diameter (inches) | 7.305 | |
| Discharge Pipe Length (feet) | 2140 | |
| Discharge Equivalent Length (feet) | 254 | |
| Discharge Pipe Total Length (feet) | 2394 | |
| c-value | 100 | |
| Total Static Head | 20.78 | |
| Pipe Area | 0.291 | sq.ft. |

$$h_f = \frac{10.44 \cdot L \cdot Q^{1.85}}{C^{1.85} \cdot d^{4.8655}}$$

Where:
$h_f$ = head loss due to friction (ft)
$L$ = length of pipe (ft)
$Q$ = flow rate of water (gpm)
$C$ = Hazen-Williams constant
$d$ = diameter of the pipe (in.)

| System curve | | | LEAD PUMP 1 | | 2 PUMPS | |
|---|---|---|---|---|---|---|
| Flow (gpm) | Head (ft) | Vel (ft/sec) | Flow (gpm) | Head (ft) | Flow (gpm) | Head (ft) |
| 0.05 | 20.78 | 0.000 | 0.05 | 61.63 | 0.10 | 61.63 |
| 62.39 | 21.44 | 0.478 | 62.39 | 59.65 | 124.78 | 59.65 |
| 123.79 | 23.11 | 0.948 | 123.79 | 57.67 | 247.58 | 57.67 |
| 185.02 | 25.68 | 1.416 | 185.02 | 55.72 | 370.04 | 55.72 |
| 246.87 | 29.14 | 1.890 | 246.87 | 53.82 | 493.74 | 53.82 |
| 309.57 | 33.48 | 2.370 | 309.57 | 51.96 | 516.25 | 53.49 |
| 373.20 | 38.73 | 2.857 | 373.20 | 50.13 | 619.14 | 51.96 |
| 438.42 | 44.96 | 3.356 | 438.42 | 48.36 | 746.40 | 50.13 |
| 464.35 | 47.67 | 3.555 | 464.35 | 47.67 | 876.84 | 48.36 |
| 504.09 | 52.08 | 3.859 | 504.09 | 46.60 | 1008.18 | 46.60 |
| 516.25 | 53.49 | 3.952 | 516.25 | 46.28 | 1141.26 | 44.87 |
| 570.63 | 60.15 | 4.368 | 570.63 | 44.87 | 1274.90 | 43.15 |
| 637.45 | 69.10 | 4.880 | 637.45 | 43.15 | 1408.78 | 41.44 |
| 704.39 | 78.90 | 5.392 | 704.39 | 41.44 | 1541.16 | 39.70 |
| 770.58 | 89.41 | 5.899 | 770.58 | 39.70 | 1671.68 | 37.94 |
| 835.84 | 100.54 | 6.398 | 835.84 | 37.94 | 1801.64 | 36.17 |
| 900.82 | 112.39 | 6.896 | 900.82 | 36.17 | 1929.66 | 34.37 |
| 964.83 | 124.80 | 7.386 | 964.83 | 34.37 | 2056.12 | 32.55 |
| 1028.06 | 137.76 | 7.870 | 1028.06 | 32.55 | 2181.32 | 30.72 |
| 1090.66 | 151.28 | 8.349 | 1090.66 | 30.72 | 2305.78 | 28.86 |
| 1152.89 | 165.39 | 8.825 | 1152.89 | 28.86 | 2429.00 | 26.99 |
| 1214.50 | 180.01 | 9.297 | 1214.50 | 26.99 | | |



## LIFT STATION DESIGN
## SYSTEM CURVE
## C140

| | | Field |
|---|---|---|
| Discharge Pipe Diameter (inches) | 7.305 | |
| Discharge Pipe Length (feet) | 2140 | |
| Discharge Equivalent Length (feet) | 254 | |
| Discharge Pipe Total Length (feet) | 2394 | |
| c-value | 140 | |
| Total Static Head | 20.78 | |
| Pipe Area | 0.291 | sq.ft. |

### Hazen-Williams formula

$$h_f = \frac{10.44 \cdot L \cdot Q^{1.85}}{C^{1.85} \cdot d^{4.8655}}$$

Where:
$h_f$ = head loss due to friction (ft)
$L$ = length of pipe (ft)
$Q$ = flow rate of water (gpm)
$C$ = Hazen-Williams constant
$d$ = diameter of the pipe (in.)

| System curve | | | LEAD PUMP 1 | | 2 PUMPS | |
|---|---|---|---|---|---|---|
| Flow (gpm) | Head (ft) | Vel (ft/sec) | Flow (gpm) | Head (ft) | Flow (gpm) | Head (ft) |
| 0.05 | 20.78 | 0.000 | 0.05 | 61.63 | 0.10 | 61.63 |
| 62.39 | 21.13 | 0.478 | 62.39 | 59.65 | 124.78 | 59.65 |
| 123.79 | 22.03 | 0.948 | 123.79 | 57.67 | 247.58 | 57.67 |
| 185.02 | 23.41 | 1.416 | 185.02 | 55.72 | 370.04 | 55.72 |
| 246.87 | 25.26 | 1.890 | 246.87 | 53.82 | 493.74 | 53.82 |
| 309.57 | 27.59 | 2.370 | 309.57 | 51.96 | 619.14 | 51.96 |
| 373.20 | 30.41 | 2.857 | 373.20 | 50.13 | 690.00 | 50.94 |
| 438.42 | 33.75 | 3.356 | 438.42 | 48.36 | 746.40 | 50.13 |
| 504.09 | 37.58 | 3.859 | 504.09 | 46.60 | 876.84 | 48.36 |
| 570.63 | 41.91 | 4.368 | 570.63 | 44.87 | 1008.18 | 46.60 |
| 601.55 | 44.07 | 4.605 | 601.55 | 44.07 | 1141.26 | 44.87 |
| 637.45 | 46.71 | 4.880 | 637.45 | 43.15 | 1274.90 | 43.15 |
| 691.70 | 50.94 | 5.295 | 691.70 | 41.76 | 1408.78 | 41.44 |
| 704.39 | 51.97 | 5.392 | 704.39 | 41.44 | 1541.16 | 39.70 |
| 770.58 | 57.61 | 5.899 | 770.58 | 39.70 | 1671.68 | 37.94 |
| 835.84 | 63.58 | 6.398 | 835.84 | 37.94 | 1801.64 | 36.17 |
| 900.82 | 69.94 | 6.896 | 900.82 | 36.17 | 1929.66 | 34.37 |
| 964.83 | 76.60 | 7.386 | 964.83 | 34.37 | 2056.12 | 32.55 |
| 1028.06 | 83.55 | 7.870 | 1028.06 | 32.55 | 2181.32 | 30.72 |
| 1090.66 | 90.81 | 8.349 | 1090.66 | 30.72 | 2305.78 | 28.86 |
| 1152.89 | 98.38 | 8.825 | 1152.89 | 28.86 | 2429.00 | 26.99 |
| 1214.50 | 106.22 | 9.297 | 1214.50 | 26.99 | | |



Mansions South Denton
Lift Station Design
MBC Project Number 33915

LIFT STATION DESIGN
SYSTEM CURVE
C 150

| | | Field | Hazen-Williams formula |
|---|---|---|---|
| Discharge Pipe Diameter (inches) | 7.305 | | |
| Discharge Pipe Length (feet) | 2140 | | |
| Discharge Equivalent Length (feet) | 254 | | |
| Discharge Pipe Total Length (feet) | 2394 | | |
| c-value | 150 | | |
| Total Static Head | 20.78 | | |
| Pipe Area | 0.291 | sq.ft. | |

$$h_f = \frac{10.44 \cdot L \cdot Q^{1.85}}{C^{1.85} \cdot d^{4.8655}}$$

Where:
$h_f$ = head loss due to friction (ft)
$L$ = length of pipe (ft)
$Q$ = flow rate of water (gpm)
$C$ = Hazen-Williams constant
$d$ = diameter of the pipe (in.)

| System curve | | | LEAD PUMP 1 | | 2 PUMPS | |
|---|---|---|---|---|---|---|
| Flow (gpm) | Head (ft) | Vel (ft/sec) | Flow (gpm) | Head (ft) | Flow (gpm) | Head (ft) |
| 0.05 | 20.78 | 0.000 | 0.05 | 61.63 | 0.10 | 61.63 |
| 62.39 | 21.09 | 0.478 | 62.39 | 59.65 | 124.78 | 59.65 |
| 123.79 | 21.88 | 0.948 | 123.79 | 57.67 | 247.58 | 57.67 |
| 185.02 | 23.09 | 1.416 | 185.02 | 55.72 | 370.04 | 55.72 |
| 246.87 | 24.73 | 1.890 | 246.87 | 53.82 | 493.74 | 53.82 |
| 309.57 | 26.78 | 2.370 | 309.57 | 51.96 | 619.14 | 51.96 |
| 373.20 | 29.26 | 2.857 | 373.20 | 50.13 | 732.90 | 50.32 |
| 438.42 | 32.20 | 3.356 | 438.42 | 48.36 | 746.40 | 50.13 |
| 504.09 | 35.56 | 3.859 | 504.09 | 46.60 | 876.84 | 48.36 |
| 570.63 | 39.37 | 4.368 | 570.63 | 44.87 | 1008.18 | 46.60 |
| 632.55 | 43.28 | 4.842 | 632.55 | 43.28 | 1141.26 | 44.87 |
| 637.45 | 43.60 | 4.880 | 637.45 | 43.15 | 1274.90 | 43.15 |
| 704.39 | 48.23 | 5.392 | 704.39 | 41.44 | 1408.78 | 41.44 |
| 732.90 | 50.32 | 5.610 | 732.90 | 40.69 | 1541.16 | 39.70 |
| 770.58 | 53.19 | 5.899 | 770.58 | 39.70 | 1671.68 | 37.94 |
| 835.84 | 58.45 | 6.398 | 835.84 | 37.94 | 1801.64 | 36.17 |
| 900.82 | 64.05 | 6.896 | 900.82 | 36.17 | 1929.66 | 34.37 |
| 964.83 | 69.91 | 7.386 | 964.83 | 34.37 | 2056.12 | 32.55 |
| 1028.06 | 76.03 | 7.870 | 1028.06 | 32.55 | 2181.32 | 30.72 |
| 1090.66 | 82.42 | 8.349 | 1090.66 | 30.72 | 2305.78 | 28.86 |
| 1152.89 | 89.08 | 8.825 | 1152.89 | 28.86 | 2429.00 | 26.99 |
| 1214.50 | 95.99 | 9.297 | 1214.50 | 26.99 | | |



# LIFT STATION DESIGN
# NET POSITIVE SUCTION HEAD
# SUCTION SPECIFIC SPEED

## Net Positive Suction Head Comparision (Pump - Available)

| | |
|---|---|
| NPSH from Pump Manufacture | 5.5 feet |
| Elevation of Lift Station | 541 Altitude in feet |
| Barometric Pressure ($P_B$ = ) | 29.39 |
| Static Suction Head in Feet ($H_S$=) | 3 |
| Vapor Pressure ($P_V$ = ) | 0.2563 |
| Friction Loss in Feet ($H_{FS}$ =) | 0.5 |
| $NPSH_A = P_B + H_S - P_V - H_{FS}$ | 31.6337 |
| $NPSH_A$ - $NPSH_{PUMP}$ = | 26.1337 $NPSH_A$ Should be greater than $NPSH_{PUMP}$ = |

## Suction Specific Speed

$$SSS = \frac{RPM * PUMP^{0.5}}{NPSH^{0.75}}$$

| | |
|---|---|
| Shaft Rotations | 2866 RPMs |
| Suction Specific Speed (SSS=) | 5393.0 RPMs (Maintain below 9000) |

## Stiffness Ration

| | |
|---|---|
| Distance from Impeller (L=) | 1 inches |
| Diameter of Shaft (D=) | 1 inches |
| Stiffness Ration (SR = | 1 The stiffness shall not exceed 60. |

$$S_R = \frac{L^3}{D^4}$$

# LIFT STATION DESIGNS
# ENERGY CALCULATIONS

| Water Horsepower | Theoretical | Pump Manufacture |
|---|---|---|
| Pump Flow (Q=) | 630 gpm | $P = \dfrac{(Q)(h)\left(8.34\frac{lb}{gal}\right)}{33{,}000\ ft-lb\ min/hp}$ |
| Head (h = ) | 46.5 gpm | |
| Horsepower (P=) | 7.41 HP | 14.7 HP |

| Brake Horsepower | | |
|---|---|---|
| Pump efficient | 0.391 | 0.504 |
| Break Horsepower (Bhp = ) | 18.95 | 29.17 |

| Electrical Horsepower | | |
|---|---|---|
| Motor Efficiency | 0.85 | 0.79 |
| Electrical (Ehp =) | 22.30 Ehp | 36.92 Ehp |

| Power Consumption | | |
|---|---|---|
| Power Required in Kilowatts = | 16.63551123 Kilowatts | 27.54219409 |
| Pump 1 Run Times | 2.81 Hours | 2.81 Hours |
| Pump 2 Run Times | 2.81 Hours | 2.81 Hours |
| Daily Power Consumption | 93.52 kWh Per Da | 154.83 kWh Per Day |

| Estimate Cost for Power Consumption | | |
|---|---|---|
| Cost Per Kilowat | $ 0.06 | $ 0.06 |
| Time in Service | 1706735.24 days | 2825716.18 |
| Cost of power over the life of the station | $ 102,404.11 | $ 169,542.97 kWh Per Day |

# LIFT STATION DESIGN
# WATER HAMMER/
# SURGE ANALYSIS

## Surge Analysis

| | |
|---|---|
| Pump Flow (2~PUMPS RUNNING)= | 483.29 gpm |
| Velocity in Pipe (v) = | 3.70 fps |
| Operating Pressure = | 19.66 psi |
| | |
| Pipe Material = | HDPE DR 13.5 |
| Length of Pipe = | 3,497.00 feet |
| Dia. Of Pipe = | 7.305 in |
| Pipe A Thickness = | 0.185 in |
| | |
| Young's Modulus of PVC (E) = | 400000 psi |
| Bulk Modulus (Y) = | 300000 psi |
| Spec. Weight of Water (w) = | 62.4 psf |

Find pressure wave velocity (a):

$$a = 12 \div \left\{ \frac{w}{g} \left( \frac{1}{k} + \frac{d}{E*t} \right) - \right\}^{0.5}$$

a =                 853 fps for HDPE

Find max surge pressure (P):

$$P = \frac{a*v}{2.31*g} + Operating \; Pressure$$

P =                 62.11 psi for HDPE (pressure rated for 160 psi)

# LIFT STATION DESIGN
# ODOR CONTROL

## Hydrogen Sulfide Production

### Initial Sulfide Production

| | | |
|---|---|---|
| Longest Stretch of Gravity line | 1545 LF | |
| Diameter of Gravity Line | 8 inches | |
| Average Velocity | 3 fps | |
| Anticipate $BOD_5$ | 250 mg/l | Source Metcalf & Eddy, 4th Edition |
| Anticipate Initial Sulfide Concentratio | 0.29 mg/l | |

### Force Main Retention Time

| | | |
|---|---|---|
| Force Main Length | 3,497 LF | 3,497 |
| Average Flow | 0.2125 MGD | 0.18 |
| Force Main Diameter | 7.305 inches | 7.305 |
| Force Main Retention Time | 51.5642 min | 60.8744 |

### Sulfide Production

| | | |
|---|---|---|
| Temperature Avg Summer High | 36 Celsius Source Weather Channel | |
| Temperature Avg. Winter Low | 5 Celsius Source Weather Channel | |

| | | |
|---|---|---|
| Effective BOD @ Summer High= | 738.041 mg/l | |
| Effective BOD @ Winter Low= | 90.6115 mg/l | |

| | | | |
|---|---|---|---|
| Sulfide (Summer High) | 5.88 mg/l | or | 10.4207 Pounds per Day |
| Sulfide (Winter Low) | 0.98 mg/l | or | 1.72974 Pounds per Day |

## Ferrous Sulfate Production

Assume Pencco's Ferrous Sulfate:PH>4

Dosage guidelines per Manufacture is 1 lb of $H_2S$ requires 3.2 gallons of Ferrous Sulfate solution

| | | | |
|---|---|---|---|
| Reducton of Sulfide Concentration to | 0.5 mg/l | will produce the following revised Sulfide concentrations | |
| Summer Production of sulfide | 5.38 mg/l | or | 9.53453 Pounds per Day |
| Winter Production of sulfide | 0.48 mg/l | or | 0.84362 Pounds per Day |

Per Manufactures recommendation, the following Ferrous Sulfate is required for each season

| | | | | |
|---|---|---|---|---|
| Summer Day | 30.5105 gallons per day | Meter Pump Size | 1.27127 Gallons Per Hours |
| Winter Day | 2.69958 gallons per day | Meter Pump Size | 0.11248 Gallons Per Hours |

| | | | |
|---|---|---|---|
| Storage Time | 90 Days | | |
| Assume 60 Day Storage volume | 2745.95 Gallons | | |
| Mini Bulk Tanks | 1050 Gallons Assume Norwesco Storage Containers with stand | | |
| Diameter | 73 in | Polyethlyene Cone Stand | 32 in |
| Height | 86 in | Fill Opening | 16 in |
| | | Drain | 2 in |
| Part No. | 40359 | | |

| | | |
|---|---|---|
| Containment Storage Required | 140.37 ft^3 | |
| Inside Length | 10 | |
| Inside Width | 10 | |
| Height | 2 | |
| Volume - Minus Tank Footprint | 141.899 ft^3 | |

# LIFT STATION DESIGN
# BOUYANCY CALCULATIONS
# WET WELL

**Given**

| | | |
|---|---|---|
| Diameter of Wet Well = | 12.00 | Feet |
| Diameter of concrete Base | 14.00 | Feet |

Assume empty wet well weight with no liquids, pump, piping or other appurtenances adding to the weight

Forces Down must exceed Forces Up
Factor of Safety          2.00

Forces Down                Weight of Soil Acting on Concrete Base + Weight of Concrete Base
Assume the unit weight of conrete is 150 pcf and the unit weight of submerged concrete is 87.6 pcf

| | |
|---|---|
| Weight of Concrete | 150 lbs/cuft |
| Weight of Concrete Submerged | 87.6 lbs/cuft |
| Wt of Concrete (submerged) | 26956.27 lbs |

| | |
|---|---|
| Unit Weight of Soil (DRY) | 99 lbs/cuft |
| Unit Weight of Soil (sat) | 130.00 lbs/cuft |
| Wt of Soil acting on Concrete Base | 5306.60 lbs |

| | | |
|---|---|---|
| Forces Up | Area of Wet Well* Unit weight of water | 16458.624 Lbs Up |
| Total Forces Down = | 32262.87 lbs Down | |

**NO ADDITIONAL ANTI-FLOTATION DEVICES NEEDED**

# MANSIONS OF SOUTH DENTON
## SANITARY SEWER LIFT STATION & FORCEMAIN PLANS
## COPPER CANYON ROAD AND OLD ALTON ROAD

## DENTON, TEXAS

### Sheet List Table

| SHEET NUMBER | SHEET TITLE |
|---|---|
| 1 | COVER SHEET |
| 2 | GENERAL NOTES |
| 3 | EROSION CONTROL PLAN 1 |
| 4 | EROSION CONTROL PLAN 2 |
| 5 | SUBDIVISION PLAN / PLAN 1 |
| 6 | LIFT STATION CONTROL DETAILS |
| 7 | SANITARY SEWER PLAN |
| 8 | OVERALL FORCEMAIN PLAN |
| 9 | FORCEMAIN PLAN AND PROFILE |
| 10 | FORCEMAIN PLAN AND PROFILE 2 |
| 11 | PLAN DETAILS |
| 12 | LIFT STATION DETAILS |
| 13 | LIFT STATION DETAILS 2 |
| 14 | TRAFFIC CONTROL 1 |
| 15 | TRAFFIC CONTROL 2 |
| 16 | TRAFFIC CONTROL DETAILS 1 |
| 17 | TRAFFIC CONTROL DETAILS 2 |

NOTE:
SHEETS TO BE 24"x36" FULL SIZE OR
11"x17" HALF SIZE



LOCATION MAP
NOT TO SCALE

TEASLEY LANE

SITE

OLD ALTON RD

COPPER CANYON

DEVELOPER:
5510 LONG TRAIL INVESTMENTS LLC
2550 NORTH STATE HIGHWAY 360, STE. 900
GRAND PRAIRIE, TEXAS 75050
(972) 471-3100

ENGINEER:
MACINA BOSE COPELAND AND ASSOCIATES INC.
1035 CENTRAL PARKWAY NORTH
SAN ANTONIO, TEXAS 78232
210-545-1122







PRIMARY CONTACT PERSON:

**MACINA • BOSE • COPELAND & ASSOC., INC.**
CONSULTING ENGINEERS AND LAND SURVEYORS
1035 Central Parkway North, San Antonio, Texas 78232
(210) 545-1122 Fax (210) 541-6342 www.mbcengineers.com
TEXAS FIRM REGISTRATION #F ENGINEERING F-234 & SURVEYING 10011006

PERMIT
09-04-2025

COVER SHEET

1

MANCINA • BOSE • COPELAND & ASSOC., INC.
CONSULTING ENGINEERS AND LAND SURVEYORS

mbc

MANSIONS OF SOUTH DENTON
DENTON, TEXAS

**PROJECT NOTES:**
GENERAL CONSTRUCTION NOTES

**UTILITY NOTES:**

**EROSION CONTROL:**

**WATER AND SANITARY SEWER NOTES:**

**UTILITY COMPANIES:**

**TRAFFIC CONTROL AND SAFETY:**

**FINAL CLEAN UP:**

---

| ENTERED BY | | |
| DESIGNED BY | | |
| CHECKED BY | | |
| PROJ. ENGR | | |

| PROJECT # | |
| DATE | REVISION |

PATH: S:\Water Copeland\Dwg\Design\Standard Details\General Notes\General Notes sh12.dwg

DENTON
Preliminary Not For Construction

# STANDARD DETAILS
GENERAL NOTES

| DATE | SCALE |
|------|-------|
| JUL. 2024 | HOR 1"= N.T.S. |
| SHEET No. | VER 1"= N.T.S. |
| 1 OF 25 | |

33915-DENTON
PERMIT
09-04-2025



THIS SHEET TO BE USED FOR EROSION CONTROL PURPOSES ONLY.





THIS SHEET TO BE
USED FOR EROSION
CONTROL PURPOSES
ONLY.

EROSION
CONTROL
PLAN 3

MANSIONS OF SOUTH DENTON
DENTON, TEXAS

MACINA • BOSE • COPELAND & ASSOC., INC.
CONSULTING ENGINEERS AND LAND SURVEYORS



**STABILIZED CONSTRUCTION ENTRANCE**
NOT TO SCALE



**TYPICAL SILT FENCE DETAIL**
NOT TO SCALE



**FIBER ROLL DETAIL**
NOT TO SCALE



   

**811**
Know what's below.
Call before you dig.

**MANSIONS OF SOUTH DENTON**
**DENTON, TEXAS**



**MACINA • BOSE • COPELAND & ASSOC., INC.**
CONSULTING ENGINEERS AND LAND SURVEYORS



EROSION
CONTROL
DETAILS

39918-DENTON
PERMIT
09-04-2025

6



MACINA • BOSE • COPELAND & ASSOC., INC.
CONSULTING ENGINEERS AND LAND SURVEYORS

MANSIONS OF SOUTH DENTON
DENTON, TEXAS

33915-DENTON
PERMIT
09-04-2025

SANITARY
SEWER
PLAN

7

Call before you dig.

811





MACINA • BOSE • COPELAND & ASSOC., INC.
CONSULTING ENGINEERS AND LAND SURVEYORS

MANSIONS OF SOUTH DENTON
DENTON, TEXAS

Call before you dig.
Know what's below.

FORCEMAIN
PLAN
AND
PROFILE

PERMIT
09-04-2025

9







STANDARD DETAILS



STANDARD DETAILS



Know what's below.
Call before you dig.

MANSIONS OF SOUTH DENTON
DENTON, TEXAS

MACINA • BOSE • COPELAND & ASSOC., INC.
CONSULTING ENGINEERS AND LAND SURVEYORS

FORCEMAIN
DETAILS

PERMIT
09-04-2025

12



MACINA • BOSE • COPELAND & ASSOC., INC.

CONSULTING ENGINEERS AND LAND SURVEYORS

TEXAS FIRM REGISTRATIONS: ENGINEERING F-764 & SURVEYING 10051760

MANSIONS OF SOUTH DENTON

DENTON, TEXAS

Know what's below.
Call before you dig.

33916-DENTON
PERMIT
08-04-2025

LIFT
STATION
NOTES

13





MANSIONS OF SOUTH DENTON
DENTON, TEXAS

MACINA • BOSE • COPELAND & ASSOC., INC.
CONSULTING ENGINEERS AND LAND SURVEYORS

OLD ALTON ROAD

TRAFFIC
CONTROL I

PERMIT
09-04-2025
33915-DENTON

15

MATCHLINE SEE SHEET 16

MACINA • BOSE • COPELAND & ASSOC., INC.



CONSULTING ENGINEERS AND LAND SURVEYORS
MACINA • BOSE • COPELAND & ASSOC., INC.

MANSIONS OF SOUTH DENTON
DENTON, TEXAS

33915-DENTON
PERMIT
09-04-2025

TRAFFIC
CONTROL 2

16

MATCHLINE SEE SHEET 17

OLD ALTON ROAD

OLD ALTON ROAD

MATCHLINE SEE SHEET 15





MANSIONS OF SOUTH DENTON
DENTON, TEXAS

MACINA • BOSE • COPELAND & ASSOC., INC.
CONSULTING ENGINEERS AND LAND SURVEYORS

TRAFFIC CONTROL DETAILS

PERMIT
09-04-2025

18





Know what's below.
Call before you dig.
811

MANSIONS OF SOUTH DENTON
DENTON, TEXAS

MACINA • BOSE • COPELAND & ASSOC., INC.
CONSULTING ENGINEERS AND LAND SURVEYORS

mbc
ENGINEERS
EST. 1975

TEXAS FIRM REGISTRATION # ENGINEERING F-704 & SURVEYING 10011700

PERMIT
33915-DENTON
09-04-2025

TRAFFIC
CONTROL
DETAILS
I

18

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Loretta Howard on behalf of Todd Disher
Bar No. 24081854
loretta@lehotskykeller.com
Envelope ID: 108338584
Filing Code Description: FINAL OR PARTIAL DISPOSITION ORDER
Filing Description: INTERVENOR 2020 LONG TAIL TRAIL INVESTMENTS LLC'S NOTICE OF NONSUIT WITH PREJUDICE
Status as of 11/27/2025 2:20 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andy Messer | | andy@txmunicipallaw.com | 11/21/2025 1:05:55 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 11/21/2025 1:05:55 PM | SENT |
| Becky Kohl | | beckyk@txmunicipallaw.com | 11/21/2025 1:05:55 PM | SENT |
| Timothy A.Dunn | | taddunn@txmunicipallaw.com | 11/21/2025 1:05:55 PM | SENT |
| Maisa Siqueira | | maisa@txmunicipallaw.com | 11/21/2025 1:05:55 PM | ERROR |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 11/21/2025 1:05:55 PM | SENT |
| Adam Fellows | | Adam.Fellows@cpa.texas.gov | 11/21/2025 1:05:55 PM | SENT |

Associated Case Party: CITY OF ANNA,TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clark McCoy | 90001803 | cmccoy@wtmlaw.net | 11/21/2025 1:05:55 PM | SENT |
| David Overcash | 24075516 | david.overcash@wtmlaw.net | 11/21/2025 1:05:55 PM | SENT |
| Marianne Banks | | marianne@texasmunicipallawyers.com | 11/21/2025 1:05:55 PM | SENT |
| Hope Avila | | hope@texasmunicipallawyers.com | 11/21/2025 1:05:55 PM | SENT |

Associated Case Party: 2020 LONG TAIL TRAIL INVESTMENTS LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Thompson | 24088531 | will@lkcfirm.com | 11/21/2025 1:05:55 PM | SENT |
| Josh Morrow | | Josh@lkcfirm.com | 11/21/2025 1:05:55 PM | SENT |
| Todd Disher | | todd@lkcfirm.com | 11/21/2025 1:05:55 PM | SENT |

Associated Case Party: CITY OF CIBOLO

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Loretta Howard on behalf of Todd Disher
Bar No. 24081854
loretta@lehotskykeller.com
Envelope ID: 108338584
Filing Code Description: FINAL OR PARTIAL DISPOSITION ORDER
Filing Description: INTERVENOR 2020 LONG TAIL TRAIL INVESTMENTS LLC'S NOTICE OF NONSUIT WITH PREJUDICE
Status as of 11/27/2025 2:20 PM CST

Associated Case Party: CITY OF CIBOLO

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| George Hyde | 45006157 | ghyde@txlocalgovlaw.com | 11/21/2025 1:05:55 PM | SENT |
| Michael Bostic | 24113617 | michael.bostic@tdlr.texas.gov | 11/21/2025 1:05:55 PM | SENT |
| Stephen Speck | 24120474 | stephen.speck@cpa.texas.gov | 11/21/2025 1:05:55 PM | SENT |
| Evelyne Jones | | ejones@txlocalgovlaw.com | 11/21/2025 1:05:55 PM | SENT |
| Lauren Fogerty | | lfogerty@txlocalgovlaw.com | 11/21/2025 1:05:55 PM | SENT |
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 11/21/2025 1:05:55 PM | SENT |

Associated Case Party: KENNETH PAXTON ATTORNEY GENERAL OF THE STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cole Wilson | 24122856 | cole.wilson@oag.texas.gov | 11/21/2025 1:05:55 PM | SENT |
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 11/21/2025 1:05:55 PM | SENT |

Associated Case Party: CITY OF BROWNSVILLE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Will Trevino | | will.trevino@brownsvilletx.gov | 11/21/2025 1:05:55 PM | SENT |
| Maida Garcia | | maida.garcia@brownsvilletx.gov | 11/21/2025 1:05:55 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 11/21/2025 1:05:55 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Davis on behalf of Andrew Davis
Bar No. 24082898
andrew@lehotskykeller.com
Envelope ID: 108864812
Filing Code Description: Motion
Filing Description: Motion to Voluntarily Dismiss Appeal
Status as of 12/9/2025 7:06 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 12/8/2025 11:02:17 PM | SENT |
| Allison Collins | 24127467 | Acollins@fosterswift.com | 12/8/2025 11:02:17 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 12/8/2025 11:02:17 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 12/8/2025 11:02:17 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 12/8/2025 11:02:17 PM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 12/8/2025 11:02:17 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 12/8/2025 11:02:17 PM | SENT |
| Sherry Brown | | sherry@txmunicipallaw.com | 12/8/2025 11:02:17 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 12/8/2025 11:02:17 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 12/8/2025 11:02:17 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 12/8/2025 11:02:17 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 12/8/2025 11:02:17 PM | SENT |
| William Thompson | | will@lkcfirm.com | 12/8/2025 11:02:17 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 12/8/2025 11:02:17 PM | SENT |
| Guillermo Trevino | | will.trevino@brownsvilletx.gov | 12/8/2025 11:02:17 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 12/8/2025 11:02:17 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 12/8/2025 11:02:17 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 12/8/2025 11:02:17 PM | SENT |
| David Overcash | | david.overcash@wtmlaw.net | 12/8/2025 11:02:17 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 12/8/2025 11:02:17 PM | SENT |